UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES – GENERAL

Case No.  2:25-cr-00093-JLS                                                    Date:  October 28, 2025

Present:  **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Interpreter     NONE

| Kelly Davis | NONE | NOT PRESENT |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendant: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| CRYSTAL ROCA | NOT | X | | CLAIRE KENNEDY | No | X | |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER STRIKING DEFENDANT'S MOTION (DOC. 22)**

The Court has reviewed Defendant's Motion to Dismiss the Supervised Release Revocation Allegations. (Doc. 22.) Because the Motion fails to comply with the Court's procedures, the Court STRIKES the Motion.

Defense counsel is directed to review the procedures on Judge Staton's webpage,[1] including specifically procedures for the filing of criminal motions.

Before refiling the Motion, defense counsel is ORDERED to (1) meet and confer with government counsel regarding the substance of the Motion, and to (2) clear a motion hearing date and time from the CRD that will allow full briefing on the matter.

**IT IS SO ORDERED.**

Initials of Deputy Clerk: kd

---

[1] https://apps.cacd.uscourts.gov/Jps/honorable-josephine-l-staton